IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JEANNE M. HENDERSON,                    *

     Plaintiff,                      *

vs.                                     *
                                          CASE NO. 4:21-CV-86 (CDL)
CHATTAHOOCHEE SLEEP CENTER,             *
LLC, LETITIA HOUSTON, and
BRYANT HOUSTON,                         *

     Defendants.                     *

_____         *

MISTY M. WILSON,                        *

     Plaintiff,                      *

vs.                                     *
                                          CASE NO. 4:21-CV-88 (CDL)
CHATTAHOOCHEE SLEEP CENTER,             *
LLC, LETITIA HOUSTON, and
BRYANT HOUSTON,                         *

     Defendants.                     *

_____

## J U D G M E N T

Pursuant to the Order of this Court filed June 13, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiffs' $41,300.00 in attorneys' fees and $1,266.50 in costs. This amount shall accrue interest from the date of entry of judgment at the rate of 2.34% per annum until paid in full.

This 14th day of June, 2022.

David W. Bunt, Clerk

s/Elizabeth S. Long, Deputy Clerk